NUMBER 13-06-167-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________ 

 

COLUMBIA RIO GRANDE HEALTHCARE, 

L.P. D/B/A RIO GRANDE REGIONAL 

HOSPITAL, Appellant,


v.



AURORA PEDROZA GARCIA, ET AL., Appellees. 

____________________________________________________________ 


On appeal from the 275th District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Columbia Rio Grande Healthcare, L.P., d/b/a Rio Grande Regional
Hospital, and appellees, Aurora Pedroza Garcia, et al., have filed an agreed motion to
reverse the trial court's judgment, remand the cause to the trial court in aid of settlement,
and accelerate the mandate. The parties further ask that this Court tax the costs of appeal
or in the trial court against the party incurring same. According to the motion, the parties
have agreed to a settlement of all controversies. 

 The Court, having considered the documents on file and the agreed motion to
reverse and remand and accelerate the mandate, is of the opinion that the motion should
be granted. See Tex. R. App. P. 42.1(a). The agreed motion is GRANTED, and the trial
court's judgment is REVERSED without regard to the merits and the cause is REMANDED
to the trial court in aid of settlement. 

 We direct the Clerk of this Court to issue the mandate contemporaneously with this
opinion. See id. 18.1(c) (modifying the time for issuance of mandate "if the parties so
agree, or for good cause on the motion of a party."). Pursuant to the agreement of the
parties, costs will be taxed against the party incurring same. See id. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 15th day of May, 2008.